Tammy Hussin, Esq. (Bar No. 155290)
Lemberg & Associates, LLC
6404 Merlin Drive
Carlsbad, CA 92011
Telephone (855) 301-2100 ext. 5514
thussin@lemberglaw.com

Lemberg & Associates, LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT  06905
Telephone:  (203) 653-2250
Facsimile:  (203) 653-3424

Attorneys for Plaintiff,
Nancy Vance

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| Nancy Vance,<br><br>    Plaintiff,<br><br>  vs.<br><br>Diversified Adjustment Bureau, Inc.; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.: 5:13-cv-01752-JAK-OP<br><br>**STIPULATION OF DISMISSAL** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# STIPULATION OF DISMISSAL

The parties to the above-entitled action, pursuant to FRCP 41(a)(1)(ii), hereby stipulate that the above-captioned action is hereby dismissed with prejudice, each party to bear its own attorney fees and costs.

Plaintiff

__/s/ Tammy Hussin_____

TAMMY HUSSIN
Attorney for Plaintiff

Defendant

__/s/ Andrew M. Steinheimer_____

ANDREW M. STEINHEIMER
Attorney for Defendant