UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| Nancy Vance,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Diversified Adjustment Bureau, Inc.; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No.: 5:13-cv-01752-JAK-OP<br><br>**[PROPOSED] ORDER** |

　　Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.


Date:_____                      _____

　　　　　　　　　　　　　　　　　　　Judge: Hon. John A. Kronstadt