1
2
3
4
5

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| Nancy Vance,<br><br>        Plaintiff,<br><br>  vs.<br><br>Diversified Adjustment Bureau, Inc.; and DOES 1-10, inclusive,<br><br>        Defendants. | Case No.: 5:13-cv-01752-JAK-OP<br><br>**ORDER GRANTING STIPULATION TO DISMISS CASE** <mark>JS-6</mark> |
|---|---|

    Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date: May 21, 2014     _____
                                    Hon. John A. Kronstadt
                                    United States District Judge